IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA KAMINSKI, MIKAYLA KAMINSKI, and
JORDAN KAMINSKI, a minor, by her guardian and
parent, Melissa Kaminski,

                    Plaintiffs,

    v.

BLUEGREEN VACATIONS UNLIMITED, INC.,

                    Defendant.

ORDER

24-cv-270-jdp

---

The court dismissed this wrongful death case with prejudice in a text-only docket entry. Dkt. 84. Plaintiffs ask the court to issue a captioned order for use in their Illinois probate action. Dkt. 86.

ORDER

IT IS ORDERED that:

1. Plaintiffs' motion, Dkt. 86, is GRANTED.

2. The parties' stipulation of dismissal with prejudice, Dkt. 83, is APPROVED, and the case is DISMISSED WITH PREJUDICE.

Entered January 15, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge